THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  C 08-3752- BZ |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| ATHAN MAGGANAS, ERIC P. SOUNTHAVONG, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and among the parties to this action that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date:  September 28, 2009          Date:  September 28, 2009


S/Athan Magganas                   S/Thomas N. Stewart, III,
Defendant                          Attorney for Plaintiff


C 08-3752- BZ                      1

Date:  September 28, 2009


<u>S/Eric P. Sounthavong</u>
Defendant


IT IS SO ORDERED:


Date:   September 29, 2009